```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ERIC J. BOSAK,

        Plaintiff,

   vs.

BANK OF AMERICA SPECIALIST, INC.,
BANK OF AMERICA CORPORATION,
ROBERT LUCEY, FRANK SMYTH, JOHN
CONKLIN and CHRISTOPHER QUICK,

        Defendants.
------------------------------------X

07-Civ.-6162 (MGC)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the time for defendants Bank of America Specialist, Inc., Bank of America Corporation, Robert Lucey, Frank Smyth, John Conklin and Christopher Quick, to answer, move or otherwise respond with respect to the Second Amended Complaint is extended to and including January 3, 2008.

PROSKAUER ROSE LLP

By: _____
   Lloyd B. Chinn (LC-7953)
   Daniel J. O'Donnell (DO-4630)
1585 Broadway
New York, New York 10036
212.969.3000
Attorneys for Defendants
Bank of America Specialist, Inc.,
Bank of America Corporation,
Robert Lucey, Frank Smyth, John
Conklin and Christopher Quick

Dated: December 18, 2007

SKLOVER & DONATH, LLC

By: _____
   Alan L. Sklover (AS-3737)
   Sheree Donath (SD-3383)
Ten Rockefeller Plaza
New York, New York 10020
212.757.5000
Attorneys for Plaintiff Eric J. Bosak

Dated: December 18, 2007

**SO ORDERED**

_____
HONORABLE MIRIAM G. CEDARBAUM, U.S.D.J.

Date: Dec. 19, 2007