PROSKAUER ROSE LLP
Lloyd B. Chinn (LC-7953)
Daniel J. O'Donnell (DO-4630)
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
Attorneys for Defendants
Banc of America Specialist, Inc.,
Bank of America Corporation,
Robert Lucey, Frank Smyth, John
Conklin and Christopher Quick

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| ERIC J. BOSAK, | : | |
| | : | 07-Civ.-6162 (MGC) |
| Plaintiff, | : | |
| | : | |
| vs. | : | **DEFENDANTS' STATEMENT** |
| | : | **PURSUANT TO FRCP 7.1(a)** |
| BANK OF AMERICA SPECIALIST, INC., | : | |
| BANK OF AMERICA CORPORATION, | : | **ECF CASE** |
| ROBERT LUCY, FRANK SMYTH, JOHN | : | |
| CONKLIN and CHRISTOPHER QUICK, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

   Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and

magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned

attorneys of record for defendants Banc of America Specialist, Inc. and Bank of America

Corporation, certify that Bank of America Corporation is the parent corporation of Banc of

America Specialist, Inc., and Bank of America Corporation has no parent corporation.

Dated: January 3, 2008

                                                                PROSKAUER ROSE LLP
1585 Broadway
New York, New York  10036-8299
(212) 969-3000
Attorneys for Defendants
Bank of America Specialist, Inc.
Bank of America Corporation,
Robert Lucey, Frank Smyth, John
Conklin and Christopher Quick

By:  s/Daniel O'Donnell
     Lloyd B. Chinn (LC-7953)
     Daniel J. O'Donnell (DO-4630)
     dodonnell@proskauer.com

**CERTIFICATION OF SERVICE**

I hereby certify that on this date I caused to be served by fax and email, Defendants' Statement Pursuant to FRCP 7.1(a) upon attorneys for Plaintiff, Alan L. Sklover, Esq., Sklover & Donath, LLC, Ten Rockefeller Plaza, Suite 816, New York, New York 10020

>PROSKAUER ROSE LLP
>1585 Broadway
>New York, New York  10036-8299
>(212) 969-3000
>Attorneys for Defendants
>Bank of America Specialist, Inc.
>Bank Of America Corporation,
>Robert Lucey, Frank Smyth, John
>Conklin and Christopher Quick
>
>
>By:   s/Daniel O'Donnell
>        Daniel J. O'Donnell (DO-4630)
>        dodonnell@proskauer.com

Dated: January 3, 2008

6211/13367-042  Current/10511720v1